THE MERCHANTS' NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, *v.* THE BOARD OF SUPERVISORS OF THE COUNTY OF NEW YORK, Appellant.

(Argued June 4, 1875; decided June 15, 1875.)

*D. J. Dean* for the appellant.

*John E. Burrill* for the respondent.

Agree to affirm.    No opinion.
All concur.
Judgment affirmed.